MELINDA HAAG (CABN 132612)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KRISTIN NYUNT, <br> Defendant. | CASE NO. CR 14 00530 PSG <br> VIOLATIONS: 18 U.S.C. §§ 2511(1)(a) and 4(a)—Interception of Communications; 18 U.S.C. § 2512(1)(b)--Possession of Interception Device Transported in Interstate Commerce <br> SAN JOSE VENUE |

# INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2511(1)(a) and 4(a)—Interception of Communications)

From in or about 2010 to in or about 2012, in the Northern District of California and elsewhere, the defendant,

KRISTIN NYUNT,

intentionally intercepted and endeavored to intercept, contemporaneously with transmission, the contents of wire, oral, and electronic communication, including sensitive law enforcement communication, by means of electronic and mechanical devices including spy software defendant secretly installed on the mobile phone of a police officer.

INFORMATION

1  All in violation of Title 18, United States Code, sections U.S.C. 2511(1)(a) and (4)(a).

2  COUNT TWO: (18 U.S.C. § 2512(1)(b)--Possession of Interception Device Transported in Interstate Commerce)

From in or about 2010 to in or about 2012, in the Northern District of California and elsewhere, the defendant,

KRISTIN NYUNT,

possessed devices, namely spy software including Mobistealth, StealthGenie, and mSpy, knowing and having reason to know that the design of such devices renders them primarily useful for the purpose of the surreptitious interception of wire, oral, and electronic communications, which devices were transported in interstate commerce.

All in violation of Title 18, United States Code, § 2512(1)(b).

DATED: 10/2/14

MELINDA HAAG
United States Attorney

JEFFREY D. NEDROW
Assistant United States Attorney

(Approved as to form: _____
AUSA Philip A. Guentert

INFORMATION

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

─── OFFENSE CHARGED ───

COUNT ONE: 18 U.S.C. § 2511(1)(a) and 4(a)-Interception of Communications

COUNT TWO: 18 U.S.C. § 2512(1)(b)- Possession of Interception Device Transported in Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum prison term 5 years, Maximum fine $250,000 or twice the gross gain or loss, whichever is greater, Maximum supervised release term 3 years and $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

─── DEFENDANT - U.S ───

▶ Kristin Nyunt

DISTRICT COURT NUMBER
CR 14 00530 EJD PSG

FILED OCT 17 2014 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
FBI Special Agent Gail Paresa.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  PHILIP A. GUENTERT

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: